IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Franks, Kimberly L

Printed: 1/22/08

Case Number: 05 B 30464
Judge: Goldgar, A. Benjamin
Filed: 8/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 28, 2007
Confirmed: September 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,920.00 |  |
| Secured: |  | 10,517.92 |
| Unsecured: |  | 1,546.61 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 812.34 |
| Other Funds: |  | 2,343.13 |
| Totals: | 17,920.00 | 17,920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Financial | Secured | 10,517.92 | 10,517.92 |
| 3. | Internal Revenue Service | Priority | 3,613.34 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 692.40 | 692.40 |
| 5. | Check Into Cash | Unsecured | 720.00 | 0.00 |
| 6. | Northern Illinois University | Unsecured | 301.77 | 301.77 |
| 7. | Asset Acceptance | Unsecured | 126.15 | 0.00 |
| 8. | B-Line LLC | Unsecured | 552.44 | 552.44 |
| 9. | American Music World | Unsecured |  | No Claim Filed |
| 10. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 11. | Great Expectations | Unsecured |  | No Claim Filed |
| 12. | Village of Mount Prospect | Unsecured |  | No Claim Filed |
| 13. | Alexian Brothers Medical Center | Unsecured |  | No Claim Filed |
| 14. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 15. | Pay Day Loans | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,224.02 | $ 14,764.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 316.80 |
| 5% | 96.00 |
| 4.8% | 215.04 |
| 5.4% | 184.50 |
|  | $ 812.34 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Franks, Kimberly  L

Printed:  1/22/08

Case Number:  05 B 30464
Judge:  Goldgar, A. Benjamin
Filed:  8/3/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

